UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVELYN PHILLIP,

    Plaintiff(s),

v.                                          CASE NO:  8:11-CV-312-T-30EAJ

ANGELS EXPRESS DELIVERY
SERVICE, INC., et al.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #22) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiff's attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on November 21, 2011.

                                                                               JAMES S. MOODY, JR.
                                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                         F:\Docs\2011\11-cv-312 dismiss 22.docx